| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| 2 | United States Attorney |
|   | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | JENNIFER A. KENNEY |
| 5 | Special Assistant United States Attorney |

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| OLGA ORDAZ, | ) Case No.: 1:17-CV-01141-BAM |
|     Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR AN |
| vs. | ) EXTENSION OF 30 DAYS FOR |
| | ) DEFENDANT TO FILE HER OPPOSITION |
| NANCY A. BERRYHILL, | ) TO PLAINTIFF'S OPENING BRIEF |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. The parties previously stipulated to a 30-day extension for Plaintiff to file her Opening Brief. This is Defendant's first request for extension. The additional time is requested due to Defendant's counsel's exceptionally heavy workload at this time, including three district court briefings, in addition to this one, due the same week. The additional time requested is needed to adequately research the issues Plaintiff has presented. The current due date is June 18, 2018. The new due date will be July 18, 2018.

Stip. & Order to Extend 1:17-CV-01141-BAM      1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 18, 2018      /s/ *Melissa Newel
(*as authorized by email on June 14, 2018)
MELISSA NEWEL
Attorney for Plaintiff

Dated: June 18, 2018      MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:      /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Based on the parties' stipulation, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time to July 18, 2018, to file a response to Plaintiff's opening brief. All other deadlines set forth in the Court's Scheduling Order shall be extended accordingly. No further extensions of time shall be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated:   **June 19, 2018**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE