MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| OLGA ORDAZ, | Case No.: 1:17-CV-01141-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF 2 DAYS FOR DEFENDANT TO FILE HER RESPONSE TO PLAINTIFF'S OPENING BRIEF |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a second extension of 2 days to file her Response to Plaintiff's Opening Brief. This brief extension is requested to enable the parties to continue settlement negotiations and allow Plaintiff to consider Defendant's settlement offer. The parties' efforts are intended to assist the resolution of this case with a minimum of judicial resources. Defendant shall not seek any further extensions. The current due date is July 18, 2018. The new due date will be July 20, 2018. The parties further stipulate that the Court's Scheduling Order shall be

modified accordingly.

Respectfully submitted,

Dated: July 18, 2018 /s/ *Melissa Newel
(*as authorized by email on July 18, 2018)
MELISSA NEWEL
Attorney for Plaintiff

Dated: July 18, 2018 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By: /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, and for cause appearing, IT IS HEREBY ORDERED that Defendant shall have a two-day extension of time to July 20, 2018, to file a response to Plaintiff's Opening Brief. All other deadlines in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **July 19, 2018** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE