MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| OLGA ORDAZ, | Case No.: 1:17-CV-01141-BAM |
| Plaintiff, | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to obtain medical and psychological expert evidence regarding the nature and severity of, and potential limitations resulting from, Plaintiff's impairments during the period at issue. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about her symptoms. The Appeals

Council will instruct the ALJ to further evaluate whether Plaintiff has the residual functional capacity to perform her past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given her age, education, vocational factors and residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 20, 2018 　　　　　　　　　　 */s/ *Melissa Newel*
　　　　　　　　　　　　　　　　　　　　　 (*as authorized by email on Jul. 20, 2018)
　　　　　　　　　　　　　　　　　　　　　 MELISSA NEWEL
　　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff

Dated: July 20, 2018 　　　　　　　　　　 MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　 United States Attorney
　　　　　　　　　　　　　　　　　　　　　 DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　 Regional Chief Counsel, Region IX,
　　　　　　　　　　　　　　　　　　　　　 Social Security Administration

　　　　　　　　　　　　　　 By:　 */s/ Jennifer A. Kenney*
　　　　　　　　　　　　　　　　　　　　　 JENNIFER A. KENNEY
　　　　　　　　　　　　　　　　　　　　　 Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendant

### **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent

///

with the above stipulation.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

    Dated: __**August 15, 2019**__               /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE